IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT DWAYNE HARVEY,                    2:13-CV-01425-PK

      Petitioner,                        ORDER

v.

JERI TAYLOR, Superintendent,

      Respondent.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#42) on October 13, 2015, in which he recommends the Court deny Petitioner Robert Dwayne Harvey's Petition (#2) for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, dismiss this matter with prejudice, and grant a certificate of appealability on the issue of whether Petitioner's counsel rendered constitutionally deficient performance when she failed to secure an expert to testify on his behalf at trial on the

1 - ORDER

subject of child memory. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

In his Objections Petitioner reiterates the arguments contained in his Petition and Memorandum in Support of Petition. This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#42), **DENIES** the Petition (#2) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice,** and **GRANTS** a certificate of appealability on the issue of whether Petitioner's counsel rendered constitutionally deficient performance when she

2 - ORDER

failed to secure an expert to testify on his behalf at trial on the subject of child memory.

IT IS SO ORDERED.

DATED this 16th day of December, 2015.

_____
ANNA J. BROWN
United States District Judge